**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEVIN M. PRENTICE

v. CA 06-385M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Defendant pursuant to this Court's Memorandum & Order issued on March 31, 2008 the Plaintiff's Motion For Summary Judgment is **GRANTED** and the Commissioner's Motion to Affirm is **DENIED.**

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**March 31, 2008**