**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

KEVIN M. PRENTICE

v. CA 06-385M

MICHAEL J. ASTRUE,
Commissioner,
Social Security Administration

**JUDGMENT**

**COURT DECISION:**

**JUDGMENT IS HEREBY ENTERED** on behalf of the Plaintiff Kevin M. Prentice and against the defendant Michael J. Astrue pursuant to this Court's Memorandum & Order issued on March 31, 2008. The Plaintiff's Motion For Summary Judgment is **GRANTED** and the Commissioner's Motion to Affirm is **DENIED.**

BY:

/s/ Martha Saucier
MARTHA SAUCIER, Deputy Clerk

**April 1, 2008**