UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

KEVIN M. PRENTICE, :
Plaintiff, :
:
v. : CA 06-385 M
:
MICHAEL J. ASTRUE, :
Commissioner, :
Social Security Administration, :
Defendant. :

**NOTICE OF ERRATA**

The Memorandum and Order issued on March 31, 2008, contains a printing error in the first line at the top of page 7. The block quotation which appears at that location should read in its entirety:

> plaintiff's limitations lacking entirely [a] valid expert opinion to support his conclusions.

This Notice of Errata corrects that error.

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
April 3, 2008